IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM MASTERSON**                                                                              **PLAINTIFF**

**VS.**                                         **3:13-CV-00079-BRW**

**STARR INDEMNITY & LIABILITY COMPANY**                                **DEFENDANT**

## ORDER

Pending is Defendant's unopposed Motion to Stay Discovery Request (Doc. No. 7). Defendant's Motion is GRANTED. Accordingly, neither party is obligated to answer discovery requests served before the Rule 26(f) conference. Both parties must wait until after their Rule 26(f) conference to conduct discovery.

IT IS SO ORDERED this 5th day of April, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE