**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WILLIAM  MASTERSON**                                                                                         **PLAINTIFF**

**VS.**                                         **3:13-CV-00079-BRW**

**STARR INDEMNITY & LIABILITY COMPANY**                                     **DEFENDANT**

## ORDER

Pending is Defendant's unopposed Motion to Stay Discovery Request (Doc. No. 7).

Defendant's Motion is GRANTED.  Accordingly, neither party is obligated to answer discovery

requests served before the Rule 26(f) conference.  Both parties must wait until after their Rule

26(f) conference to conduct discovery.

IT IS SO ORDERED this 5th day of April, 2013.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE