IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM MASTERSON**                                            **PLAINTIFF**

**VS.**                            **3:13-CV-00079-BRW**

**STARR INDEMNITY & LIABILITY COMPANY**                  **DEFENDANT**

## ORDER

Pending is the parties' notice of settlement and motion to continue (Doc. No. 31). It appears the parties have settled their dispute (in principle) but seek 21 days to formalize their agreement. The motion is GRANTED. Accordingly, all deadlines in this case are extended 21 days, and the trial scheduled to commence on April 29, 2014 is continued.

IT IS SO ORDERED this 7th day of March, 2014.


                                                         /s/Billy Roy Wilson
                                      UNITED STATES DISTRICT JUDGE