UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIAM MASTERSON                                                                                      PLAINTIFF

v.                            CASE NO. 3:13-CV-00079-BRW

STARR INDEMNITY & LIABILITY COMPANY                                             DEFENDANT

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff William Masterson moves to dismiss with prejudice all of his claims and causes of action related to and included in this action. The parties having reached a settlement of their claims in the above-entitled action and hereby agree that this case should be dismissed with prejudice with each party to pay its own attorney fees and costs.

Plaintiff and Defendant respectfully request to be relieved from Local Rule 7.2(a)'s requirement that a brief be filed in support of this motion.

WHEREFORE, Plaintiff and Defendant move for dismissal of this case with prejudice, with each party to pay its own attorney fees and costs.

Dated this 7th day of April, 2014.

Respectfully submitted,

By: /s/ Robert L. Coleman
Robert L. Coleman, Esq.
Donald E. Prevallet
Reid, Burge, Prevallet & Coleman
417 North Broadway Street
Post Office Box 107
Blytheville, Arkansas 72316-0107
rbpc@sbcglobal.net
don.rbpc@sbcglobal.net
*Attorneys for Plaintiff*

By: /s/ Jessica C. Collier
Joseph F. Bermudez
Jessica C. Collier
Wilson Elser Moskowitz Edelman & Dicker, LLP
1512 Larimer Street, Suite 550
Denver, CO 80202
(303) 572-5300
(303) 573-5301 (fax)
joseph.bermudez@wilsonelser.com
jessica.collier@wilsonelser.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing **JOINT MOTION TO DISMISS WITH PREJUDICE** was filed with the Clerk of the Court electronically on this 7th day of April, 2014, which shall accomplish service on the following counsel of record:

Robert L. Coleman, Esq.
Donald E. Prevallet
Reid, Burge, Prevallet & Coleman
417 North Broadway Street
Post Office Box 107
Blytheville, Arkansas  72316-0107
rbpc@sbcglobal.net
don.rbpc@sbcglobal.net

*Original signature on file at offices of Wilson Elser Moskowitz Edelman & Dicker LLP*

/s/ Jessica Collier
Jessica Collier